Revise and Consolidate the Court Rules which proposes adoption of the Michigan Court Rules of 1978. The report is to be published by the West Publishing Company and in the Michigan Reports in lieu of publication in the State Bar *Journal* and is available from West Publishing Company, 50 West Kellogg Boulevard, P. O. Box 3526, St. Paul, MN 55165, at a cost of $9.50.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in GCR 1963, 933. Comments on the proposed new rules may be sent to the Supreme Court clerk, with a copy to the committee reporter, Robert Dean, 4433 West Saginaw, Suite 103–104, Lansing, MI 48917, within six months after the report is published by West Publishing Company.

The Court emphasizes that in publishing the report of the committee for comment it does not tentatively approve any of the recommendations, but rather seeks comments to aid it in considering whether the recommendations should be adopted.

FEBRUARY 1, 1978

CRAMER v METROPOLITAN SAVINGS & LOAN ASSOCIATION. (Docket No. 57215.) Appellant's motion for stay of proceedings in publication of decision pending review on certiorari to Supreme Court of the United States is treated as an application for rehearing of this Court's opinion of October 6, 1977. Appellant's request is denied. To the extent that appellant's request for relief also includes a prayer that this Court stay publication of its decision of October 6, 1977, said request has become moot, since the opinion has now been published. See 401 Mich 252; 258 NW2d 20 (1977). Virginia Cramer, *in propria persona,* plaintiff-appellant.

FEBRUARY 22, 1978

BENEFIEL v STATE BOARD OF LAW EXAMINERS. (Docket No. 60423.) Plaintiff's complaint for superintending control is considered, and it is denied, because the Court is not persuaded that the question sought to be presented should be considered by this Court. By the phrase "actively practiced law" in Board of Law Examiners Rule 5(A)(6)(a) we did not intend to encompass practice pursuant to a special regis-

tration procedure like the Patent Office registration under which plaintiff has been permitted to practice before the United States Patent Office while a Michigan resident. See 37 CFR § 1.341. John R. Benefiel, *in propria persona,* plaintiff. *Robert K. Avery,* for defendant.